

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
Attorney General

DIVISION OF STATE COUNSEL
**Civil Recoveries Bureau**
**Bankruptcy Litigation Unit**

December 28, 2022

The Honorable Robert E. Littlefield, Jr.
United States Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 330
Albany, New York 12207

Re:    In re Good Samaritan Lutheran Church Health Care Center, Inc.
Case No.  19-12215
In re Kenwood Manor, Inc.
Case No.  19-12216

Dear Judge Littlefield:

The New York State Department of Health ("DOH") has reviewed the letter dated December 28, 2022 that has been submitted to this Court by counsel to Delmar SNF Operations Associates LLC ("Delmar Operations").   Actions described by Delmar Operations in its letter will be subject to a continuing review to insure the quality of care.  The State Long Term Ombudsman is not able to provide recommendations in sufficient time for the matter to be added to the Jan/Feb PHHPC agenda.

The undersigned would be unable to provide any further detail on the information provided by Delmar Operations at the status conference scheduled for December 29, 2022.  For this reason, we propose the Court adjourn the status conference to January 25, 2023.

Respectfully,

s/ Martin A. Mooney

Martin A. Mooney, Esq.
Assistant Attorney General
Bankruptcy Litigation Unit
Civil Recoveries Bureau
The Capitol
Albany, New York 12224-0341
Martin.Mooney@ag.ny.gov