# STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
Attorney General

DIVISION OF STATE COUNSEL
**Civil Recoveries Bureau**
**Bankruptcy Litigation Unit**

October 27, 2023

The Honorable Robert E. Littlefield, Jr.
United States Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 330
Albany, New York 12207

Re:   In re Good Samaritan Lutheran Church Health Care Center, Inc.
      Case No.  19-12215
      In re Kenwood Manor, Inc.
      Case No.  19-12216

Dear Judge Littlefield:

We provide this letter as a further update to the Court on the Residential Health Care Facility application sought to be included on the November 2023 Public Health and Health Planning Council (PHHPC) Agenda.

Legal review of the Certificate of Need application has not completed.  Therefore, the application was not placed on the November agenda.  The New York State Department of Health is continuing its legal review.  The applicant will be made aware of any further requests for information through NYSECON.

Counsel for Delmar SNF Operations Associates, LLC was made aware on October 27, 2023, that legal review has not completed.

The undersigned will continue to communicate with counsel regarding progress.

Respectfully,

Martin A. Mooney, Esq.
Assistant Attorney General
Bankruptcy Litigation Unit
Civil Recoveries Bureau
The Capitol
Albany, New York 12224-0341
Martin.Mooney@ag.ny.gov

Http://www.oag.ny.gov