

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**LETITIA JAMES**
Attorney General

DIVISION OF STATE COUNSEL
**Civil Recoveries Bureau**
**Bankruptcy Litigation Unit**

June 11, 2024

Honorable Robert E. Littlefield, Jr.
United States Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 330
Albany, New York 12207

        Re:    In re Good Samaritan Lutheran Church Health Care Center, Inc.
               Case No. 19-12215
               In re Kenwood Manor, Inc.
               Case No. 19-12216

Judge Littlefield,

At the last conference, NYS Department of Health ("DOH") was asked whether regulations allow DOH review to included Mr. Klein's other applications and existing facilities. DOH was also asked to address impact of a dismissal of the bankruptcy case.

By letter dated May 13, 2024 the Hinman firm asked that DOH meet with the U.S. Trustee regarding the pending applications, and assumedly these issues.

Our office provided response to parties in interest by letter dated May 23, 2024. The letter addressed the application and review process and closure process. We also identified parties in interest who may be in a position to further address these issues. DOH declined to meet with parties in light of the information provided and its continuing review. Copies of the letter and supporting documents are attached.

DOH met with the applicant (Solomon Klein), their consultant (Frank Cicero), and counsel (Michael Gurman) on Friday, June 7, 2024. They were informed that the DOH intends to recommend disapproval of the Nursing Home application and disapprove the Adult Care Facility application. They were instructed to let Mark Furnish in the Office of Aging and Long Term Care know whether they intend to move forward with the disapproval recommendation to the PHHPC or withdraw the Nursing Home application.

It is my understanding that Mr. Furnish has not yet heard from the applicant (Solomon Klein), consultant (Frank Cicero), or counsel (Michael Gurman).

Thank you.

Respectfully,

Martin A. Mooney, Esq.
Assistant Attorney General
Bankruptcy Litigation Unit
Civil Recoveries Bureau
The Capitol
Albany, New York 12224-0341
Martin.Mooney@ag.ny.gov