

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
Attorney General

DIVISION OF STATE COUNSEL
Civil Recoveries Bureau
Bankruptcy Litigation Unit

June 11, 2024

Honorable Robert E. Littlefield, Jr.
United States Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 330
Albany, New York 12207

Re: In re Good Samaritan Lutheran Church Health Care Center, Inc.
Case No. 19-12215
In re Kenwood Manor, Inc.
Case No. 19-12216

Judge Littlefield,

In my letter to this Court I indicated that "the Hinman firm asked that DOH meet with the U.S. Trustee regarding the pending applications, and assumedly these issues".

I wish to clarify that the U.S. Trustee has not made any request to meet with DOH regarding its regulatory process. The U.S. Trustee has been clear that its focus is whether there has been sufficient progress made toward substantial consummation of the confirmed plan to warrant continuation of the case. The U.S. Trustee's efforts in this regard have been helpful to the process.

Please excuse any confusion on this issue.

Thank you.

Respectfully,

Martin A. Mooney, Esq.
Assistant Attorney General
Bankruptcy Litigation Unit
Civil Recoveries Bureau
The Capitol
Albany, New York 12224-0341
Martin.Mooney@ag.ny.gov

The Capitol, Albany, N.Y. 12224-0341 • Phone (518) 776-2607• Fax (518) 618-1656 * NOT FOR THE SERVICE OF PAPERS
Http://www.oag.ny.gov