**GIBBONS P.C.**
One Gateway Center
Newark, NJ  07102
Tel: (973) 596-4500
Fax: (973) 596-0545
John S. Mairo, Esq.
*Counsel to Amalgamated Bank*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Good Samaritan Lutheran Health Care Center, Inc., d/b/a Bethlehem Commons Care Center, et al.[1]<br><br>Debtors. | Case No. 19-12215 (REL)<br><br>Chapter 11<br><br>Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the undersigned counsel hereby appears as counsel to Amalgamated Bank in the above-captioned case pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9010-1 of the Local Rules of the Bankruptcy Court for the Northern District of New York (the "Local Rules"); and hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given to the following:

John S. Mairo
**Gibbons P.C.**
One Gateway Center
Newark, New Jersey  07102
Telephone: (973) 596-4500
E-mail: jmairo@gibbonslaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Good Samaritan Lutheran Health Care Center, Inc. d/b/a Bethlehem Commons Care Center (0663) and Kenwood Manor, Inc. (8178).

3190785.1 118609-112672

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request encompasses all notices, copies, and pleadings referred to in sections 342 and 1109(b) of the Bankruptcy Code, or in Bankruptcy Rules 2002, 9007, or 9010 including, without limitation, notices of any orders, motions, orders to show cause, demands, complaints, petitions, pleadings, memoranda, affidavits, declarations, notices of adjournment, disclosure statement(s) and plan(s) of reorganization, or requests, presentments, applications, and any other documents brought before this Court or in these cases and the proceedings therein, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, electronic mail, telegraph, telecopy, telex, or otherwise which affect or seek to affect the above captioned cases and any proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notice and Papers nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct should be taken to constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of any right of Amalgamated Bank (i) to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding whether or not such matters are designated as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial is pursuant to statute or the United States Constitution; (iii) to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or

3190785.1 118609-112672

discretionary withdrawal; and (iv) to rights, claims, actions or defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests that the names and addresses set forth herein be added to the mailing matrix in these cases.


Dated: February 14, 2025         **GIBBONS P.C.**
                                 *Counsel for Amalgamated Bank*

                                 */s/ John S. Mairo*
                                       John S. Mairo


3190785.1 118609-112672

**CERTIFICATE OF SERVICE**

      I, John Mairo, hereby certify that on February 14, 2025, a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Papers* was caused to be served via CM/ECF on all parties who have registered for electronic service in these Chapter 11 Cases.

Dated: February 14, 2025
Newark, New Jersey

                                        */s/ John S. Mairo*
                                        John Mairo
                                        Gibbons P.C.

3190785.1 118609-112672