

121 State Street
Albany, New York 12207-1693
Tel: 518-436-0751
Fax: 518-436-4751

David B. Morgen
Direct Tel.: (518) 689-7238
E-mail: DMorgen@hinmanstraub.com

May 27, 2025

**VIA ECF**
Hon. Robert E. Littlefield, Jr.
United States Bankruptcy Court, Northern District of New York
James T. Foley United States Courthouse
445 Broadway
Albany, New York 12207

Re:    *In Re Good Samaritan Lutheran Health Care Center, Inc. et al.*
       Case No. 19-12215

Dear Judge Littlefield:

We represent Delmar SNF Operations Associates LLC ("Delmar NH"), which is the receiver and applicant to be licensed operator of the nursing home owned by one of the Debtors, and Delmar AH Operations Associates LLC ("Delmar AH"), which is the receiver and applicant to be the licensed operator of the adult home owned by one of the Debtors. The nursing home is now known as Delmar Center for Rehabilitation and Nursing ("Delmar Center") and the adult home is now known as Albany Center for Independent Living ("Albany Center"). I write to provide the Court with a brief status update and request for vacatur of a prior order that appears to have been resolved. I also write to request, with the consent of counsel, that the May 28, 2025 status conference be adjourned.

I am pleased to inform the Court that the Certificate of Need application for the proposed substitute members of Delmar NH has received final approval from the Public Health and Health Planning Council. The Certificate of Need application for the proposed substitute members of Delmar AH has also been approved by the New York State Department of Health ("DOH"). We appreciate the efforts of all involved in this process. We also thank the Court for its continued attention to this matter.

Counsel for the parties involved in the closing of the transactions contemplated in the Debtors' plan are in the process of preparing the relevant documents. Interested parties have continued to participate in regular status update calls concerning matters relevant to the transaction.

In light of the foregoing, and with the consent of counsel, my clients respectfully request that the Court vacate the July 20, 2022 Order Setting Hearing (Dkt. No. 332). In our view, appearances

by DOH, through the Office of the New York State Attorney General, are no longer necessary for any future hearings on this Court's Order to Show Cause as to why the Report of Substantial Consummation and Application for the Final Decree have not been filed (Dkt. No. 302).

The status update provided in this letter may be attributed to my clients only. I respectfully request, with the consent of counsel, that the status conference be adjourned to June 25, 2025. My clients' intention would be to provide a status update before that date via letter request for adjournment, unless an issue arises that would require an appearance.

Respectfully submitted,

David B. Morgen

cc:   Counsel of Record (via ECF)
      Mr. Frank Cicero (via email)
      Ray Seiler, Esq. (via email)
      Daniel Gottesman, Esq. (via email)
      Jeffrey R. Rich, Esq. (via email)

4911-9724-9350, v. 1