

121 State Street
Albany, New York 12207-1693
Tel: 518-436-0751
Fax: 518-436-4751

David B. Morgen
Direct Tel.: (518) 689-7238
E-mail: DMorgen@hinmanstraub.com

July 30, 2025

**VIA ECF**
Hon. Robert E. Littlefield, Jr.
United States Bankruptcy Court, Northern District of New York
James T. Foley United States Courthouse
445 Broadway
Albany, New York 12207

Re:   *In Re Good Samaritan Lutheran Health Care Center, Inc. et al.*
      Case No. 19-12215

Dear Judge Littlefield:

We represent Delmar SNF Operations Associates LLC ("Delmar NH"), which is the receiver and applicant to be the licensed operator of the nursing home owned by one of the Debtors, and Delmar AH Operations Associates LLC ("Delmar AH"), which is the receiver and applicant to be the licensed operator of the adult home owned by one of the Debtors. I write to request that the Court approve the enclosed Stipulation and Consent Order approving a minor amendment to the purchase and sale agreements previously approved by the Court (Dkt. No. 108). This amendment is necessary in order to facilitate the closing. The closing is presently scheduled for August 4, 2025.

The amendment changes the title company to be used for the transaction. All relevant parties consent to this change. However, because the title company is identified in the purchase and sale agreements, they must be amended. We respectfully request that the Stipulation and Consent Order be so-ordered as soon as possible in order to facilitate the transaction.

On behalf of all interested parties, we thank the Court for its attention to this matter.

Respectfully submitted,

David B. Morgen
Enclosure
cc:    Counsel of Record (via ECF)

    Mr. Frank Cicero (via email)
    Ray Seiler, Esq. (via email)
    Daniel Gottesman, Esq. (via email)
    Jeffrey R. Rich, Esq. (via email)

4935-8882-7736, v. 1